# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. STEWART, | |
| Plaintiff, | Case No. 2:16-cv-02019-JCM-GWF |
| vs. | **ORDER** |
| STATE OF NEVADA, *et al.,* | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend Prison Copywork Limit (ECF No. 18), filed on September 7, 2017.

Plaintiff requests an extension of his legal copywork limit and represents that he has exceeded the limit. Plaintiff represents that he requires additional funding to litigate this matter and to prepare pleadings. The Court finds that Plaintiff has sufficiently established good cause for the granting of the extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (ECF No. 18) is **granted**. Plaintiff shall have his legal copywork limit extended by $100.00.

**DATED** this 8th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge